**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 306 MAL 2023 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 844 MDA |
| | : 2022 entered on May 8, 2023, |
| JOHN CINQUE, | : **vacating and remanding** the |
| | : Judgment of Sentence of the Adams |
| Petitioner | : County Court of Common Pleas at |
| | : No. CP-01-CR-0001123-2021 |
| | : entered on May 17, 2022 |

## <u>ORDER</u>

**PER CURIAM**                                                    **DECIDED: June 24, 2025**

**AND NOW**, this 24th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).

Justice McCaffery did not participate in the consideration or decision of this matter.